PROB 12C
(7/93)

Report Date: November 30, 2015

# United States District Court

### for the

### Eastern District of Washington

*FILED IN THE*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF WASHINGTON*

**NOV 30 2015**

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricky Dalton Walker          Case Number: 0980 2:08CR06056-LRS-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 11, 2009

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 96 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | September 10, 2015 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | September 9, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On November 25, 2015, at 9:35 p.m., officers with the Spokane Valley Police Department responded to a burglary in progress at 15120 East Euclid Avenue in Spokane Valley, Washington. Upon arrival, officers observed two individuals walking from a fenced area attached to storage buildings on the property. When these individuals noticed the officers, they took off running. One of the individuals was apprehended and identified as Ricky Walker.  Mr. Walker was arrested, and charges are pending in Spokane County Superior Court and Spokane County District Court for second degree burglary, second degree theft, obstructing a law enforcement officer, and possession of burglary tools.<br><br>Pursuant to the Revised Code of Washington State (R.C.W.), second degree burglary is a Class B Felony, R.C.W. 9A.52.030; second degree theft is a Class C Felony, R.C.W. 9A.56.040; obstructing a law enforcement officer is a gross misdemeanor, R.C.W. 9A76.020; and possession of burglary tools is a gross misdemeanor, R.C.W. 9A.52.050. |

Prob12C
Re: Walker, Ricky Dalton
November 30, 2015
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/30/2015

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/30/15

Date