PROB 12C
(6/16)

Report Date: June 3, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricky Dalton Walker                                  Case Number: 0980 2:08CR06056-WFN-1

Address of Offender:                        Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 11, 2009

Original Offense:         Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:        Prison - 96 months;              Type of Supervision: Supervised Release
                          TSR - 36 months

Revocation                Prison - 16 months;
Sentence: 03/09/17        TSR - 20 months

Asst. U.S. Attorney:      James Goeke                      Date Supervision Commenced: May 8, 2018

Defense Attorney:         Roger Peven                      Date Supervision Expires: January 7, 2020

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On May 31, 2019, Ricky Walker was unsuccessfully discharged from inpatient treatment. At the time of this report, he has failed to report to the probation office where he is currently residing.

On March 12, 2018, Mr. Ricky Walker signed his conditions of supervision relative to case number 2:08CR06056-LRS-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Walker was made aware by his U.S. probation officer of his requirement to notify the probation officer at least ten days prior to any change in residence or employment.

Prob12C
**Re: Walker, Ricky Dalton**
**June 3, 2019**
Page 2

    2    **Special Condition # 2**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: On May 31, 2019, Ricky Walker was unsuccessfully discharged from Sun Ray Court inpatient treatment for violating program rules.

        On March 12, 2018, Mr. Ricky Walker signed his conditions of supervision relative to case number 2:08CR06056-LRS-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Walker was made aware by his U.S. probation officer of his requirement to undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/03/2019

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

6/3/2019
Date