PROB 12C
(6/16)

Report Date: December 18, 2019

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2019

SEAN F. McAVOY, CLERK

Name of Offender: Ricky Dalton Walker               Case Number: 0980 2:08CR06056-LRS-1

Address of Offender:                Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 11, 2009

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 96 months;            Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison - 16 months;
(03/09/2017)             TSR - 20 months

Asst. U.S. Attorney:     James Goeke                   Date Supervision Commenced: May 8, 2018

Defense Attorney:        John Barto McEntire, IV       Date Supervision Expires: January 7, 2020

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1            **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

             **Supporting Evidence**: On December 17, 2019, Ricky Walker provided a urine specimen at the U.S. Probation Office that yielded initial positive findings for methamphetamine. Following the submission of said drug test, Mr. Walker admitted to the undersigned officer that he in fact consumed methamphetamine on or about December 15, 2019.

             On March 12, 2018, Mr. Ricky Walker signed his conditions of supervision relative to case number 2:08CR06056-LRS-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Walker was made aware by his U.S. probation officer of his requirement to refrain from any unlawful use of a controlled substance.

Prob12C
**Re: Walker, Ricky Dalton**
**December 18, 2019**
**Page 2**

| | | |
|---|---|---|
| | 2 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: On December 16, 2019, the undersigned officer contacted Mr. Walker at 501 W. Mansfield in Spokane, Washington. Said address was reported to by Mr. Walker as the location he was staying at following his termination from the Spokane Residential Reentry Center on December 11, 2019. Upon inspection of said residence, the undersigned officer observed drug paraphernalia in plain view. Mr. Walker advised that an individual residing at the location consumed marijuana. Subsequently, said residence is not approved by the undersigned officer for Mr. Walker to reside.

On March 12, 2018, Mr. Ricky Walker signed his conditions of supervision relative to case number 2:08CR06056-LRS-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Walker was made aware by his U.S. probation officer of his requirement not frequent places where controlled substances are illegally sold, used, distributed, or administered.

| | | |
|---|---|---|
| | 3 | **Special Condition # 4**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: On December 11, 2019, Ricky Walker was terminated from the Spokane RRC. RRC staff reported that his ua from November 27, 2019, tested positive for methamphetamine.

As the Court may recall, Mr. Walker was last before Your Honor for a supervised release violation hearing on September 26, 2019, at which time he was ordered to release to a Residential Reentry Center in Spokane for up to 180 days following the completion of inpatient treatment. Mr. Walker acknowledged his understanding of this condition at the time of the hearing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/18/2019

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
**Re: Walker, Ricky Dalton**
**December 18, 2019**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

12/18/2019
Date