PROB 12C
(6/16)

Report Date: January 16, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ricky Dalton Walker | Case Number: 0980 2:08CR06056-LRS-1 |
| Address of Offender: , Spokane, Washington 99205 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: June 11, 2009

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 96 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(03/09/2017) | Prison - 16 months;<br>TSR - 20 months | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: May 8, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: January 7, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/18/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Ricky Walker consumed methamphetamine on January 5 and 12, 2020.<br><br>On March 12, 2018, Mr. Ricky Walker signed his conditions of supervision relative to case number 2:08CR06056-LRS-1, indicating that he understood all conditions as ordered by the Court.  Specifically, Mr. Walker was made aware by his U.S. probation officer of his requirement to refrain from any unlawful use of a controlled substance.<br><br>On January 7, 2020, Ricky Walker reported to the U.S. Probation Office and admitted to the undersigned officer that he consumed methamphetamine on or about January 5, 2020. He further signed an admission of drug use document reflecting his admission. |

Prob12C
**Re: Walker, Ricky Dalton**
**January 16, 2020**
**Page 2**

On January 15, 2020, Ricky Walker reported to the U.S. Probation Office and submitted a urine specimen that yielded initial positive findings for methamphetamine. Mr. Walker admitted at that time that he in fact consumed methamphetamine on or about January 12, 2020.

5    **Special Condition # 2**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. The defendant shall contribute to the cost of treatment according to your ability to pay. The defendant shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Ricky Walker failed to attend his scheduled one on one substance abuse appointment at Pioneer Counseling Center on January 13, 2020.

On March 12, 2018, Mr. Ricky Walker signed his conditions of supervision relative to case number 2:08CR06056-LRS-1, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Walker was made aware by his U.S. probation officer of his requirement to undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.

Ricky Walker was scheduled to attend a one on one substance abuse treatment session at Pioneer Counseling Service on January 13, 2020. The U.S. Probation office received notification from Pioneer Counseling Service on January 13, 2020, that Mr. Walker failed to attend his treatment session as scheduled on January 13, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/16/2020

s/Richard Law

Richard Law
Supervisory U.S. Probation Officer

Prob12C
**Re: Walker, Ricky Dalton**
**January 16, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____01/16/2020_____
Date